TERENCE M. RYAN
ATTORNEY AT LAW
1304 WEST COLLEGE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE: (509) 325-5466
FACSIMILE: (509) 326-5981

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-16-0019-N-BLW |
| Plaintiff, | ) | SENTENCING MEMORANDUM |
| vs. | ) | |
| LOREN MICHELLE TOELLE, | ) | |
| Defendants. | ) | |

The Defendant, Loren Michelle Toelle, represented by the undersigned attorney, Terence M. Ryan, submits the following Sentencing Memorandum setting forth the Defendants' recommendation as to the length of the sentence the court should impose. The Defendant recommends that the Court sentence the defendant to a term of imprisonment of 120 months, with three years of supervised release, and a $100 special penalty assessment. The Defendant has already agreed to the forfeiture as set out in the plea agreement and the preliminary order of forfeiture.

Defendant has entered a plea of guilty to Count 1, conspiracy to distribute a controlled substance, and Count 13, conspiracy to launder money. The parties

**TERENCE M. RYAN**
ATTORNEY AT LAW
WEST 1304 COLLEGE AVE.
SPOKANE, WASHINGTON 99201-2013
(509) 325-5466

agreed that the government would move to dismiss Count 2, and further agreed to refrain from filing an Information pursuant to 21 U.S.C. §851. Count 1 carries a mandatory term of not less than five years.

Defendant has a prior felony drug conviction in the State of Idaho from 2010. Defendant served a term of incarceration on that charge of 90 days in jail. Defendant has no other prior record.

The current charges involve the distribution of oxycodone pills, heroin, and methamphetamine. The current charges further involve almost 1.5 million dollars in illegal proceeds, a large portion of which Defendant appears to have retained for her own personal use.

Defendant admits that she was the lead person in this conspiracy to distribute illegal controlled substances in Las Vegas, North Idaho, Eastern Washington, and Western North Dakota. Defendant admits the scope of the conspiracy and the quantities of narcotics distributed. Defendant admits the efforts taken to launder the narcotics proceeds.

The United States Sentencing Guidelines are advisory. Defendant feels that a ten-year sentence would be fair under the circumstances. After serving such a sentence and a supervised release period of three years, Defendant would be in her mid-sixties.

Defendant decided early on in the process to enter a plea of guilty to the distribution and laundering charges, and did so. She submitted herself to a free-talk, and answered all the questions posed. The Federal Bureau of Investigation was satisfied that Defendant had answered all the questions truthfully. Defendant has indicated that when she is released from imprisonment she will spend the rest of her work-life assisting others with addictions.

**TERENCE M. RYAN**
ATTORNEY AT LAW
WEST 1304 COLLEGE AVE.
SPOKANE, WASHINGTON 99201-2013
(509) 325-5466

RESPECTFULLY submitted this __25__ day of April, 2017.


/s/ Terence M. Ryan

TERENCE M. RYAN
Attorney at Law
1304 West College Avenue
Spokane, Washington 99201
(509) 325-5466


**CERTIFICATE**

   I hereby certify that on April 25, 2017, I electronically
filed the foregoing document with the Clerk of the Court using
the CM/ECF System and I mailed through United States Postal
Service a copy of the foregoing document to:


Traci J. Whelan
Assistant United States Attorney
U.S. Attorney's Office
6450 Mineral Drive
Suite 210
Coeur d'Alene, ID 83815


 4/25/17          Spokane          /s/ Kami Ricco
DATE              PLACE            KAMI RICCO

SENTENCING MEMORANDUM - 3