UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
BOISE, IDAHO


**UNITED STATES OF AMERICA,**   )
                             )   **CASE NO.: 2:16-CR-0019-BLW**
           Plaintiff,   )
                             )
        vs.            )
                             )
**LOREN MICHELLE TOELLE,**     )
                             )
        Defendant.   )   Coeur d'Alene, Idaho
                             )   May 2, 2017
_____)   3:09:06 p.m.
And related parties and cases)


SENTENCING


THE HONORABLE B. LYNN WINMILL PRESIDING
CHIEF DISTRICT JUDGE OF THE U.S. DISTRICT COURT




COURT RECORDER:

LYNETTE PARSON
U.S. District Court




Proceedings recorded by electronic sound recording, transcript produced by transcription service.

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

APPEARANCES:


FOR THE PLAINTIFF:

     **TRACI JO WHELAN,**
     **JOSHUA D. HURWIT,**
     Assistant U.S. Attorneys
     6450 N. Mineral Drive, Suite 210
     Coeur d'Alene, ID 83815
     (208) 667-6568
     Traci.Whelan@usdoj.gov
     joshua.hurwit@usdoj.gov


FOR THE DEFENDANT:

     **TERENCE M. RYAN, CJA Counsel**
     1304 W College Ave
     Spokane, WA 99201
     (509) 325-5466
     tryan@prh.comcastbiz.net


ALSO PRESENT:

     **ROBERT URBANIAK,** U.S. Probation Officer

2:16-CR-0019-BLW    **U.S. v. Loren Toelle**    05/02/17    **Sentencing**

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

2

**COEUR D'ALENE, IDAHO**                    **TUESDAY, MAY 2, 2017**

2                                    * * * * *

3                    PROCEEDINGS BEGAN AT 3:09:06 P.M.

4              THE CLERK:  All rise please.  United States

5    District Court for the District of Idaho is again in session.

6    The Honorable B. Lynn Winmill presiding.

7              THE COURT:  Thank you.  Please be seated.

8              THE CLERK:  The Court will now hear United States

9    of America versus Loren Michelle Toelle, case number

10   16-CR-19-001-BLW for sentencing.

11             Counsel, beginning with the government please state

12   your appearance for the record.

13             MS. WHELAN:  Tracy Whelan for the United States,

14   along with Joshua Hurwit.

15             MR. RYAN:  Terry Ryan for Loren Toelle, the

16   defendant, Your Honor.

17             THE COURT:  Thank you, Counsel.  I apologize, I

18   need one minute to login so I can access my notes.

19             Ms. Toelle entered a plea of guilty to Counts One

20   and Thirteen of the superseding indictment.  The Court

21   ordered a presentence investigation report which has been

22   provided to Court and to counsel.

23             The plea agreement in this case contained an

24   agreement to dismiss Count Two pursuant to Rule 11(c)(1)(A).

25   Does the government intend to make that motion at this time?

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1          MS. WHELAN:  We do, Your Honor.  Thank you.

 2          THE COURT:  All right.  I will find that the

 3     defendant's plea of guilty to Counts One and Thirteen

 4     adequately reflects the seriousness of the defendant's crime.

 5     I will therefore, grant the government's motion to dismiss

 6     Count Two and will accept the plea agreement.

 7          Ms. Toelle, have you had an opportunity to review

 8     the presentence report?

 9          DEFENDANT LOREN TOELLE:  Yes, sir.

10          THE COURT:  And, Mr. Ryan, you've gone over the

11     report with your client, I trust?

12          MR. RYAN:  We have, Your Honor.

13          THE COURT:  All right.  There have been objections

14     filed to the presentence report.  I believe, Mr. Ryan, the

15     objections -- there was a consistent response, in essence

16     Ms. Toelle was just disputing factual matters in the

17     presentence report that did not bear upon any guideline

18     issues.  The probation office responded, I think in one

19     instance making the change as requested.  And in the other

20     instances simply referring to the underlying investigative

21     materials provided by the government that indicated that the

22     statements in the presentence report were supported by those

23     investigative materials.  And so the probation office opted

24     not to make any changes, simply leaving it as a dispute such

25     that the defendant disputes those facts, but they don't

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

4

1 affect the guidelines.  They therefore don't need to be

2 resolved and we'll just maintain the record that those

3 factual matters were in dispute and I won't consider them in

4 sentencing.  I don't think they really are material in any

5 event, but are you content with that?

6        MR. RYAN:  Yes, we are, Your Honor.  We've gone

7 over that and we were actually going to ask the Court to

8 withdraw them and my client said to just forget it.

9        THE COURT:  All right.  Well, I think -- I would

10 prefer just to leave it as essentially unresolved issues.

11 Certain confidential informants and other individuals made

12 statements which Ms. Toelle disputes.  Let's just leave it

13 how it is, which is that there's just a dispute on those

14 factual issues and they won't be considered here at

15 sentencing and I won't consider them in imposing sentence.

16 So on that basis then, I'll adopt the presentence report and

17 the addendum to the report as my own findings in this matter.

18 Not making the change as requested in the presentence report

19 but find, I guess, first, that they are not material to the

20 court's decision.  And second, that the current state of the

21 record is that they're just unresolved disputed allegations

22 and leave it at that.

23        All right.  Counsel, do either of you intend to

24 call any witnesses?

25        MS. WHELAN:  No, Your Honor.

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

5

1          MR. RYAN:  No, Your Honor.

2          THE COURT:  All right.  That being the case, I'll

3   simply hear the arguments and recommendations of counsel,

4   starting with the government.

5          MS. WHELAN:  Your Honor, before I begin, are there

6   any special concerns that the Court has --

7          THE COURT:  No.

8          MS. WHELAN:  -- that you'd like me to address?

9          THE COURT:  No.

10          MS. WHELAN:  Okay.  Thank you, Your Honor.

11          Your Honor, I'd like to start, because Ms. Toelle's

12   family is here and I think it's appropriate, last Friday we

13   had a group of third-graders who came in and did a mock trial

14   at the courthouse and during the course of that, before they

15   started, I stood up and I told them, you know, people make --

16   and especially in the claimant that we find ourselves in

17   these days, people make bad choices but that doesn't make

18   them a bad person and when we make bad choices there are

19   consequences to that.  And the more severe our bad choice is,

20   the more severe the consequence is.  But that shouldn't be

21   taken to mean that the person is bad.  And I think that's

22   important for Ms. Toelle's family, and her mother is here, to

23   recognize that we are not talking about a bad person, but as

24   we go through these 3553(a) factors and what our

25   recommendation is, the United States does believe that the

2:16-CR-0019-BLW      U.S. v. Loren Toelle      05/02/17      Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

6

1   consequence for the repetitive bad choices needs to be

2   provided by the Court.

3           And that being said, Your Honor, the United States'

4   recommendation, the Court has adopted the presentence report,

5   the recommendation is -- or excuse me, the guideline range,

6   which is presumed reasonable, is 188 to 235 months.  We are

7   recommending a sentence within the guideline range, with 5

8   years supervised release and a $200 special assessment.

9   We'd also ask the Court to order the forfeiture as outlined

10  in the plea agreement.

11          And that forfeiture, just so that I can take care

12  of that business, ask the Court to -- let me find it.  I had

13  it marked and then I started talking.  Well, suffice it to

14  say it is a little bit over I think, $2 million by the time

15  we talk about cash and properties.  So we'd ask the Court to

16  follow that as in the plea agreement.

17          THE COURT:  But I don't need to make any specific

18  findings because a preliminary order of forfeiture has

19  already been entered, correct?

20          MS. WHELAN:  That is my understanding.  Yes, Your

21  Honor.

22          THE COURT:  Okay.  So all I need to do is direct

23  that a final order of forfeiture issue based upon that?

24          MS. WHELAN:  That is my understanding.

25          THE COURT:  All right.

2:16-CR-0019-BLW      U.S. v. Loren Toelle      05/02/17      Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

7

1          MS. WHELAN:  And the person who knows better is

2     shaking their head yes, so.

3          THE COURT:  All right.  Thank you.

4          MS. WHELAN:  So that being taking care of, Your

5     Honor, that's all I intend to talk about on forfeiture.

6          But I'd like to talk a little bit about why this

7     guideline range is sufficient but not greater than necessary,

8     because it is a considerable amount of time.  And it's a

9     considerable amount of time for an individual whose criminal

10    history is not abundant as the individual that we had this

11    morning is.  But, Your Honor, that guideline sentence is

12    appropriate for the following reasons.  We laid some of this

13    out in our sentencing memorandum and I don't intend to repeat

14    myself, but the nature and circumstances of this offense are

15    very severe.  Your Honor, opioid addiction in this country in

16    2015 is responsible for about 33,000 deaths.  In 2016, the

17    statistic I just looked at put it at $51,000.

18          THE COURT:  51,000 deaths.

19          MS. WHELAN:  51,000 deaths.  Yes, Your Honor,

20    sorry.  And when we -- we look at the offense and what this

21    offense comes down to, the sad reality is we can lose our way

22    and all of us in society can, but we can decide put our value

23    of money over all else.  And if we think about that, we think

24    about King Midas, right?  King Midas valued money.  Valued

25    the gold that he had and it turned out that everything he

2:16-CR-0019-BLW       U.S. v. Loren Toelle       05/02/17       Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    8

1  touched turned to gold and he learned that that pursuit was

2  not appropriate because it was destroying everything.

3      And respectfully, Your Honor, we put forth that

4  Ms. Toelle's pursuit of money, her pursuit of profit, because

5  if the Court recalls she is not a drug user herself at all.

6  I think that until perhaps she met her husband she didn't

7  even really  drink beer at all.  But it was the pursuit of

8  profit that brought her here.  And much like King Midas,

9  when he touched things, they were no longer usable.  And we

10  look with Ms. Toelle and the fact that her children became

11  involved, they would go asking for money and they are brought

12  into the business and selling pills and where their lives are

13  now.  Four out of 5 will be sentenced by this Court.

14      When we look at the individuals who were friends,

15  who needed things, who wanted surgery or needed money to pay

16  a loan or pay their rent, they were given the opportunity to

17  earn money and while that can be very good on one level, when

18  it is an illegal endeavor that poisons the community the way

19  that this does, it is not at all helpful.  And so the nature

20  of the offense is very serious.

21      I think this Court has set through enough

22  sentencings throughout, no offense, but enough different

23  decades to see what drugs have done.  I can tell you, I mean

24  I have myself seen this and it is ruining society.  And when

25  one does it for profit, when one does it with the knowing and

2:16-CR-0019-BLW     U.S. v. Loren Toelle     05/02/17     Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                9

intelligent and weighing out what community is the best
served to sell these wares, where can I make the most profit,
is all the oil miners in -- or the fracking in North Dakota,
so I can make more money there, so we are going to go there.
I think the police are close to catching me, so we're going
to move the organization. I'm going to rent apartments in
different people's names so that we can sell out of there.
So that my family, so that friends can sell out of these
apartments. And that's a pattern that we saw happen in 2009,
2010, where there were apartments in Coeur d'Alene.

I mean I can remember specifically, Judge, where I
was when I first heard Ms. Toelle's name for the very first
time in the Task Force Room in 2009, and I was just too busy
to take the case then. There was too much going on. I think
we have the retrospective hearing coming up on Duncan. And
so we asked the state to take it. And Ms. Toelle was
sentenced there and as the Court knows it was an 8 year
sentence, but only 90 days actually imposed. And we're going
to talk a bit about that later on.

But this is a pervasive, over 7 years of spreading
poison to people who can't or won't refuse it.

When we look at the history and characteristics of
the defendant, we find Ms. Toelle to be the mother of five
who has been in four marriages. She is seeking to get her
GED, hopefully while in custody. She has worked primarily in

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

the service industry.  Relatively good health and as I said
has not used her full substances.  Her family is here and
this has got to be undoubtably incredibly difficult for them
to be here, but what a wonder that you have a family that
still supports you after all of this.

So where does one go wrong?  She was married, as
the Court knows to Stanley Toelle, who provided her with, I
don't like the term, but an allowance of a certain amount of
money, but yet that wasn't enough money.  So what turns
somebody from the loving daughter and parent to the pursuit
of greed?  I don't have an answer.  We haven't figured that
out.

And, Judge, I'd like to just talk a little bit
about the investigation.  This investigation involves members
of the FBI, the local police force, the IRS, the DEA, the
U.S. Marshals service.  It was coordinated with people in
North Dakota and Las Vegas.  It was a very in-depth
investigation.  And what the facts are, or what's reflected
in the PSR, that reflects phone tolls that were done.
Tracing phone calls, the number of phone calls.  And while I
recognize it doesn't affect the guidelines range, it is
troubling to see that the defendant wants to deny certain
contacts when we have recorded phone calls, for example of
her and Robert Rayfelt [phonetic], where she's talking about
getting his attorney and who's going to take over his

2:16-CR-0019-BLW       **U.S. v. Loren Toelle**       05/02/17       **Sentencing**

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                11

1  business and dealing in T-shirts, having to do with drugs.

2          The investigation went on for a number of years and

3  part of the reason is because it was known that this was not

4  just Loren Toelle selling drugs.  And trying to collect all

5  of those individuals involved in this and quite frankly, we

6  haven't collected all of them.

7          For instance we're aware that one unindicted co-

8  conspirator who lived in her house helped package drugs and

9  mailed the drugs to North Dakota.  That there are others who

10  received drug money and we'll have to take a look at how far

11  further we can go.

12          When we look at the need for the sentence imposed,

13  the reason, Your Honor, respectively that we believe that

14  this 188 to 235 month sentence is appropriate is because

15  there has to be both specific and general deterrence.  As you

16  heard me say, Ms. Toelle was sentence to 90 days local jail,

17  but there was an 8 year sentence hanging over her head.

18  Eight years and that didn't deter her.  Eight years of the

19  possible loss of life and that didn't deter her.  In fact,

20  when she got out of custody she just revamped the

21  organization, maybe became a little bit tighter about who she

22  worked with.  Used Money Gram instead of a bank.  Tried to

23  make sure that the deposits weren't over $10,000 so the SARs

24  wouldn't be there.  It didn't deter her.

25          And as to others, her children have said in

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

12

1  conversations that we had with them, that the state Court
2  gave them 90 days, so maybe it's not that big of a deal.  And
3  deterrence does have to be there and it is important to see --
4  for others to see that this is a big deal.

5        To provide the defendant with needed educational or
6  vocational training, medical care, or other correctional
7  treatment in the most effective matter, Ms. Toelle, with all
8  due respect to her too and I'm not -- I'm not much younger,
9  only two years, but she's going to be one of an older inmate
10 in custody.  But she can take advantage of things.  When she
11 gets out, whatever sentence the Court imposes, she needs to
12 be a productive member.  She can get her GED.

13       Presumably, and she may be able to do it and more
14 power to her if she can, but she won't be able to dance at
15 age 68 the same way that she was making money before; and so
16 taking advantage of those programs in custody.  The kinds of
17 sentences that this Court has, this Court has a tremendous
18 discretion when looking at the sentences that are available
19 to it, anywhere from 5 years to 40 years.  Right?  Five years
20 to 40 years.  That guideline sentence is right there
21 underneath the middle of what is allowed.

22       Also to avoid disparity.  And, Your Honor, it is
23 important to talk about that because Ms. Loren Toelle was the
24 leader and organizer.  Right?  Her name was "Mama" and on the
25 streets people knew not to mess with Mama.

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1    She sent the pills to who she wanted them to go to.

2  They were required to count them out on the telephone with

3  her on the phone, to then give them to where they needed to

4  go.

5    Ms. Toelle, with all due respect to her, will

6  present her best side in Court, but I can tell the Court that

7  I have listened to recorded phone calls where F-bombs and

8  harsh language are going back and forth and telling people

9  what they better be doing with those drugs.

10    Your Honor, in the sentencing memorandum that we

11 filed, we talked about just a snapshot of one day and the

12 Court may recall that.  But in just one day of this

13 organization there's -- I'm sorry, let me just make sure and

14 quote it right.  In just one day, with just one supplier,

15 right, and this is an individual who bought both from Steven

16 and Kari [phonetic], an individual that Ms. Toelle says she

17 didn't do business with, and the defendant, they brought in

18 $5300 for pills that this person had been fronted.  And they

19 received another 106, 80 milligram oxycodone pills on a

20 front.  That is one brief snapshot of one day.  And this

21 offense occurred over seven years.  It spanned Washington,

22 Idaho, Montana, and North Dakota.  It involved a plethora of

23 individuals selling.  The amount of money that it made was

24 obscene.  The destruction that went through, obscene.

25    At the same time the Toelle drug trafficking

2:16-CR-0019-BLW      U.S. v. Loren Toelle      05/02/17      Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    14

1  organization was distributing heroin in Williston, North

2  Dakota.  In one weekend there was 26 heroin overdoses.  Now

3  can I stand here and tell you that that was Ms. Toelle's

4  heroin?  Absolutely not.  But can I tell you that it was

5  heroin being peddled to people and costing them their lives

6  or serious medical issues, yes.  And that's the type of

7  poison that we are talking about.

8        Your Honor, we respectfully request the Court stay

9  within the guideline range.  It is appropriate.  It takes in

10 to the factors all -- all of the 3553(a) factors.  It takes

11 into consideration congressional intent, the sentencing

12 commission's content -- intent, not content, and it is

13 appropriate, and it is certainly not sufficient and necessary

14 to achieve the goals.

15        Does the Court have any questions?

16        THE COURT:  No.  Thank you.

17        MS. WHELAN:  Thank you.

18        THE COURT:  Mr. Ryan.

19        MR. RYAN:  Thank you, Your Honor.  May it please

20 the Court and counsel.

21        Your Honor, I have gone through recently with my

22 client the superseding indictment, plea agreement, the April

23 21st completed presentence investigation report, the addendum,

24 and the sentencing recommendation attached to the presentence

25 report, dated April 24th.  I have gone through the

government's sentencing recommendation and all the exhibits with my client. I have gone through the transcripts that were provided to us, the grand jury testimony. We have filed our sentencing recommendation and I provided to the Court a letter from my client's mother.

One of the controversies that has come up following the initial presentence investigation report was the fact that in reviewing that report my client and I went through it and we'd find a name. So I want to talk about that a little bit.

Part of the reason why that document entitled "An Objection" was filed is because my client, as the Court is aware she's pled guilty, was running a drug organization for profit. And she didn't know the formal given names of all the people that she was dealing with, so one of the statements in the presentence report was a Jonathan Barrera Lera [phonetic] said this and did that. And my client said to me in the Shoshone County Jail, I don't know anybody named Jonathan Barrera Lera. Eventually, after she had talked to her family, it came to her that she was talking about a person that she knew as "The Mexican." That's all she knew him as.

Another example was, I believe it's a Robert Rayfelt [phonetic]. She didn't know him as Robert or Bobby or Bob or Mr. Rayfelt, she knew him as Scotty. And that's kind

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

16

1  of the way drug organizations are.  Nobody wants others in the

2  organization or outside the organization to know who they

3  are.  What their name is.  They're not going to give out a

4  lot of information.  So with that explanation as to what is

5  going on with the objection, we stand by our recommendation

6  that the Court sentence my client to 10 years in prison.

7          Thank you.

8          THE COURT:  Thank you.

9          Ms. Toelle, is there anything you want to say on

10 your own behalf?

11         DEFENDANT LOREN TOELLE:  Yes, Your Honor.

12         MR. RYAN:  Do you want her to approach the --

13         THE COURT:  No, she can -- thank you -- can stand

14 or remain seated, whatever -- however you'll be most

15 comfortable.

16         DEFENDANT LOREN TOELLE:  I'll stand.

17         First, Your Honor, thank you for this opportunity.

18 I get emotional because this is emotional.  And now, seeing

19 my family that I haven't seen in 15 years -- I mean 15

20 months.  But nevertheless, I did what I did and I deserve to

21 be punished, because I -- I sat in a pod with younger aged --

22 every day and I know how I was brought up and I sat in pods

23 with ladies that come in off of drugs and they're coming down

24 off of drugs and then in there, that I'm in there for -- for

25 a length of time, you see the same people, same people.  And

2:16-CR-0019-BLW     U.S. v. Loren Toelle     05/02/17     Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    17

1  this is the result.  They wasn't the people that I ever dealt
2  with.  But these are the same people that I put poison into.
3  Would I want that for my child?  Would I want that for my
4  nieces?  I have plenty of nieces and nephews and our
5  grandkids growing up and what I did -- I'm not trying by no
6  means, Ms. Traci, to get out of the 188 or 200, because I
7  deserve every moment that I spend in there and whatever I can
8  get out of it, I'm going to get out of it.

9           But I'd like to apologize to America -- the United
10  States of America because that's not the way my mom and my
11  dad brought me up.  We were brought up in a Christian home.
12  We were -- we were brought up as my father a minister and I
13  knew that was -- that was not right, but I got caught up in a
14  web.  Coming out marrying Stan, by no means Stan was a great
15  person.  We had our ups and downs.  I came out in the city.
16  I was never brought up around the drug industry and I got
17  caught up with can you, can you, can you, can you [sic].

18           They say for profit.  You know, I gave more away.
19  I gave -- the profit was to give, give, give, give.  And
20  that's no excuse.  You don't do that.  I have all kind of
21  businesses growing up.  My children didn't have to see me
22  work for nobody because my daddy was an entrepreneur.  I was
23  an entrepreneur.  Never was drugs around.  And I caught
24  myself up when I moved down here because it was an epidemic
25  around me.  And I allowed myself to get caught up in that.

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1        And I'd like to apologize to my family and put my

2   mother -- my mother through this.  I was not raised where I

3   can say I -- you know, I did lose my dad and I kinda got out

4   of hand, I started dancing and got in the wrong industry

5   because I was daddy's baby girl and I was always around my

6   daddy.  Shelle, you want to go to church with me?  Come drive

7   daddy and daddy would give us a little lecture of a good

8   person and how he wanted us to grow up and how he wanted his

9   grandkids to grow up.  And I felt my father and I say sorry to

10  even my father that looks down from heaven on me.  But, Your

11  Honor, I am not by no way, give me the 200, I'm prepared.  I

12  just want my family to know through this I love you and I'm

13  very, very sorry.  Mama, you're going to be all right.

14       And, Your Honor, I thank you for this opportunity.

15  And I'm okay with whatever you give me.  I even said some --

16  Traci, but we talk on the phone and talk to my baby girl and

17  I would talk to Terry, I said she's doing her job.

18       I said if I can be a -- right now because I'm in

19  this place where I'm seeing these hurting people -- never

20  hurt like that.  They don't have their children.  I raised my

21  children.  Until my children came here -- I mean until I came

22  here, my children never seen -- they have no -- no criminal

23  records and -- and I have no excuse and I see that in jail

24  and I would often say, Traci is doing her job and if I could

25  be a DEA, I take them all off.  They talk about snitches and

2:16-CR-0019-BLW      U.S. v. Loren Toelle      05/02/17      Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    19

1 cops, I say well, I'll snitch on everybody. You ought to be
2 glad somebody getting them off of the street because that's a
3 horrible thing to be around. I've never been around. I've
4 never been able to see it. If I gave somebody something, I
5 gave 'em, and they didn't do around me. But I seen the
6 people coming down. I've seen them hurt. None of them have
7 their children. And I had the opportunity to raise mine and
8 then I put them in this mess.

9         And so, Your Honor, I accept any and everything
10 that you give me and pray that God will see me through this.
11 And thank you for this opportunity. And also to those that
12 look diligent in this case, I'm glad because, you know, in
13 some neighborhoods you go to LA where I grew up at, you get
14 shot down, you know, somebody rob you, they shoot. They come
15 and kill for drugs. You know, you see it on TV every day, all
16 day. May God spare them life so we in -- in jail is better
17 than my kids or my mom not having me around. So, mama, I'll
18 be okay because God will be with me. And, thank you. Thank
19 you all.

20         THE COURT: Thank you, Ms. Toelle.

21         Before I get -- forget, Ms. Whelan, I assume you'd
22 move the Court for the third level for acceptance of
23 responsibility?

24         MS. WHELAN: Yes, I would, Your Honor.

25         THE COURT: I'll grant that motion. And as I've

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                20

1  previously noted, I'm going to adopt the presentence report
2  as my own findings in this matter, including the addendum
3  which I think we discussed previously.

4       The guideline range in this matter is 188 to 235
5  months based upon an offense level of 35, and a criminal
6  history category of III.

7       I should note that the guideline range is the same
8  as Mr. Hill, who is Ms. Toelle's brother, who I sentenced
9  earlier today, because Ms. Toelle has less of a criminal
10 record, but there's some enhancing features, including her
11 role in the offense, which I think is what brings us to have
12 the same guideline range.

13      Before I impose sentence, I am going to make a
14 couple of general observations and then I'm going to spend
15 some time discussing the specific sentencing criteria the
16 Court is required to consider before imposing sentence.
17 These are set forth in 18, U.S. Code, Section 3553(a),
18 specific things the Court is to consider.  Before doing that,
19 I want to make two observations.

20      One is, this is never an easy thing to do, to sit in
21 judgment of another human being.  I have said to many
22 defendants, and it really doesn't apply in this case because
23 I'm talking about individuals who come before the Court with
24 childhoods that are almost incomprehensible.  Being abused,
25 introduced to drugs when they are preteen by a family member,

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    21

1  sometimes a parent.  And I often say that I -- there are many
2  circumstances, many defendants before me that I cannot say
3  that I wouldn't be in their shoes if I'd had the same
4  background and experience.  This isn't one of those cases
5  though because Ms. Toelle was raised in a solid environment,
6  a good family and that, as Ms. Whelan has pointed out, makes
7  this just that much more incomprehensible as to why she
8  turned to trafficking in drugs.  It's very difficult to get
9  your head around.

10         The second observation I wanted to make is, and
11  this is in keeping again with also what Ms. Whelan referred
12  to as the horrible impact that opioid addiction has had upon
13  our community.  I've been around long enough that I've seen
14  waves of drugs that have come through.  I think when I first
15  started as a State Court Judge many years ago, a lot of
16  cocaine seem to be the drug that you saw.  We saw a little
17  bit of crack cocaine, but not a great deal of it.  That
18  seemed to be a problem, more of an inner-city issue.  Then we
19  saw a horrible wave of meth addiction, meth problems that
20  came through and meth had just a devastating impact upon our
21  community.  And now more recently opioids and what I'm -- I'm
22  almost hopeful is that where powder cocaine seem to be the
23  drug of the business world, maybe crack cocaine, a drug maybe
24  more prevalent in inner-city areas, meth problem in rural
25  areas and suburban areas, opioid addiction seems to cover

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    22

1  everyone.

2          And I think what the statistics that Ms. Whelan

3  pointed to are in keeping with my own experience.  A

4  colleague of mine, another judge, his wife was sent to prison

5  because  of her own opioid addiction.  I know of three high

6  school athletes who, because of sports injuries became

7  addicted to OxyContin and equivalent drugs, ultimately moved

8  on to heroin addiction as a substitute, two of them committed

9  suicide and the other died from consequences of that

10  addiction within a span of about 12 months in a community in

11  Southeastern Idaho.

12          What I'm hopeful is that all of this is a message

13  for everyone that, you know, it's -- everybody counts.  We

14  need to be concerned about drugs and how it impacts everybody

15  and every walk of life.  And unfortunately, Ms. Toelle, I

16  have to take that into account, the devastating impact which

17  all drugs have had upon our society, but opioid addiction in

18  particular has become such an horrific tragic consequence

19  for our society that it's just something that can't be

20  ignored.  So.

21          Now let me turn then to the sentencing criteria

22  that I am to consider.  The first is the nature and

23  circumstances of the offense.  Ms. Toelle was identified as

24  the leader of a drug trafficking organization that operated

25  from 2009 to 2016.  That organization operated in Idaho,

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    23

1   Montana, North Dakota and Nevada.

2           Pursuant to plea negotiations the defendant

3   admitted to the conspiracy -- that the conspiracy was

4   involved in distributing 3000, 80 milligrams oxycodone

5   pills; 1000, 30 milligram oxycodone pills; 1500 grams of

6   heroin; and 500 grams of methamphetamine.  Experience tells

7   me that that was probably a gross understatement of the

8   actual drugs that were trafficked, but it was certainly more

9   than enough to create the guideline -- a very substantial

10  guideline range  and, therefore, I think it's adequate for

11  our purposes here.  This resulted in an offense level of 32,

12  and the defendant has certain enhancements, including a four

13  level increase because she was deemed an organizer or leader

14  of a criminal activity.

15          The Court is next to consider Ms. Toelle's history

16  and characteristics.  Ms. Toelle is 52 years old.  A single

17  divorced woman.  She is the mother of five adult children,

18  four of whom were co-defendants in this case.  Ms. Toelle did

19  not complete high school and has not completed her GED, but

20  she was a self-employed owner of, I believe it was a hair

21  salon or -- called Vegas Styles from 2014 to 2016.  However,

22  the business was used to conceal the organization's drug

23  trafficking activities and serve to launder the monies that

24  were generated from those activities.

25          The Court is to consider the guideline range which

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                              24

as I note is 188 to 235 months.

And then finally the Court is to impose a sentence sufficient, but not greater than necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment, adequate deterrence, protection of the public, and any needed education or vocational training, medical care, or other correctional treatment. Those become kind of the heart of any sentencing decision because of that requirement that I try to find a sentence which is as low as I can impose, but still achieve those objectives. In balancing those, I literally look at it as almost a balance sheet. The only mitigating factor I can see in this case is that Ms. Toelle has a limited criminal background. Only the one felony conviction for drug trafficking in state Court back in 2000, I think it's 2006.

On the other side of the ledger is that conviction, which apparently did not have any deterrent effect on Ms. Toelle, since within just a few years she was very quickly back and trafficking in much larger quantities and it seemed to have no impact upon her whatsoever.

A second factor is the tragic catastrophic consequences of opioid addiction and methamphetamine addiction that I alluded to earlier.

A third factor and one which cannot be overstated is the fact that Ms. Toelle was involved in this, not because

2:16-CR-0019-BLW      **U.S. v. Loren Toelle**      05/02/17      **Sentencing**

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

25

1  of her own drug addiction but as a result of a cold

2  calculated decision to make a profit and to make a profit at

3  a horrible cost to society.

4          Another aggravating factor is the fact that she

5  involved family members, including four of her own children

6  in this criminal activity.

7          Another factor, very important is that she was the

8  kingpin.  The person who organized, structured, controlled

9  completely this drug conspiracy.

10          And finally there's just no mitigating factor, as I

11  normally see in cases like this because indeed she grew up in

12  a good family.  No indications of problems as a child that

13  would explain her criminal behavior.

14          So after considering all of those factors, I simply

15  am left with the conclusion that a very substantial prison

16  sentence is necessary and for that reason I will impose the

17  following sentence.  Ms. Toelle, if you'll stand.

18          The defendant, Loren Michelle Toelle, having pled

19  guilty to Counts Two and Thirteen of the superseding

20  indictment and the Court being satisfied that you are guilty

21  as charged, I hereby order and adjudged as follows:

22          Pursuant to the Sentencing Reform Act of 1984, it

23  is the judgment of the Court that you be committed to the

24  custody of the Bureau of Prisons for a term of 212 months on

25  each count to be served concurrently with each other.

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                26

1        Now that is almost exactly the middle of the
2   guideline range.  I think it would have been very easy to
3   justify a top of the guideline range sentence in this case
4   or even higher given the factors that I just identified, but
5   I feel that this is that sentence, which is sufficient but
6   not greater than necessary to accomplish the 3553(a)(2)
7   objectives.

8        It's further ordered, Ms. Toelle, that you pay to
9   the United States a special assessment of $200 which will be
10  due immediately.

11       The Court finds you do not have the ability to pay
12  a fine, accordingly the fine will be waived in this matter.
13  All monetary penalties are due and payable immediately.

14       After considering your financial resources, I will
15  order payments under the following schedule, unless modified
16  by the Court.  While in custody you will submit nominal
17  payments of not less than $25 per quarter pursuant to the
18  Bureau of Prisons Inmate Financial Responsibility Program.
19  During -- and during the term of supervised release, if the
20  sum is not paid in full you will submit nominal monthly
21  payments of 10 percent of your gross income but not less than
22  $25 per month.

23       Upon release from imprisonment you'll be placed on
24  supervised release for a term of 5 years, consisting of 5
25  years on each of Count One; and 3 years on Count Thirteen,

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        **Sentencing**

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    27

```
 1   with all such terms to run concurrently.  Just so I'm clear,

 2   it will be 5 years on Count One, three years on Count

 3   Thirteen, with the terms to run concurrently.

 4            Therefore, within 72 hours after your release from

 5   the custody of the Bureau of Prisons you will report in

 6   person to the probation office in the district to which you

 7   are released.

 8            Supervised release will be imposed upon the

 9   following terms and conditions.

10            First, you will not commit any federal, state --

11   Ms. Whelan, is there something --

12            MS. WHELAN:  No, Your Honor.  I've asked Mr. Hurwit

13   a question and he was just answering me.

14            THE COURT:  Does that have to do with the length of

15   supervised release?

16            MS. WHELAN:  Yes.

17            THE COURT:  And did I get it right?

18            MS. WHELAN:  Yes.

19            THE COURT:  Thank you.

20            MS. WHELAN:  You said 5 years, correct?

21            THE COURT:  Five years --

22            MS. WHELAN:  Yep.

23            THE COURT:  -- on Count One and three years on Count

24   Thirteen, I believe.

25            MS. WHELAN:  Yes.
```

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1            THE COURT:  Okay.  Let me continue on then.

 2            The Court will find that you pose a low risk of

 3    future substance abuse and, therefore, I will suspend

 4    immediate drug testing.

 5            You will not possess any firearms, ammunition,

 6    destructive devices, or any other dangerous weapons.

 7            You will cooperate in the collection of a DNA

 8    sample as directed by your probation officer.

 9            You will pay the special assessment or other

10    financial obligations that is imposed by this judgment in

11    accordance with the schedule of payments as ordered by the

12    Court.

13            You will comply with all general and special terms

14    of supervised release and all standard conditions of

15    supervision as outlined in the judgment in a criminal case to

16    be filed in this proceeding.

17            You will also comply with the following special

18    conditions of supervision.

19            You will submit your person, property, house,

20    residence, vehicle, papers, or office, to a search conducted

21    by a U.S. Probation officer and will warn other occupants

22    that the premises may be subject to searches pursuant to this

23    condition.

24            You will participate in a program of mental health

25    treatment as directed by your probation officer, with the

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1  cost to be paid by both yourself and the government based

2  upon your ability to pay.

3        Ms. Toelle, do you have any questions about the

4  conditions of supervised released that I've imposed?

5        DEFENDANT LOREN TOELLE:  No, sir.

6        THE COURT:  All right.  I would advise you that if

7  you violate the terms of supervised release you will be

8  brought back before the Court and a further sentence of

9  incarceration imposed.

10        Typically, Ms. Toelle, a defendant has the right to

11  appeal their conviction or sentence, however in your plea

12  agreement, which you signed, there is a provision which

13  waived some or all of those rights.  In fact it waives

14  essentially all of your rights to appeal, except some very

15  limited exceptions.  Those waivers are generally enforceable,

16  but you're free to argue to the contrary.  However, because

17  you may wish to file an appeal to challenge the waiver of

18  your appeal rights or to appeal an issue not waived by your

19  plea agreement, I will advise you of your appeal rights.  If

20  you do wish to pursue an appeal you must file a notice of

21  appeal within 14 days after judgment is entered in your case.

22  If unable to pay the cost of an appeal you may apply for

23  leave to appeal in forma pauperis.  If you so request and

24  qualify, the Clerk of the Court will arrange for legal

25  representation and will prepare and file a notice of appeal

2:16-CR-0019-BLW      U.S. v. Loren Toelle      05/02/17      Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com                    30

1  on your behalf.

 2          Ms. Toelle has agreed to the forfeiture allegations

 3  in the indictment, accordingly the property identified in the

 4  plea agreement and in the preliminary order of forfeiture

 5  previously filed in this matter will now be deemed forfeited

 6  and a final order of forfeiture will now issue.

 7          I will recommend to the Bureau of Prisons that you

 8  receive credit for all time in federal custody.

 9          I don't think we discussed recommendations as to a

10  place of confinement.  Dublin, California which is just

11  outside of San Francisco is, I think the only facility for

12  women on the West Coast, so I assume that would be your

13  request?

14          DEFENDANT LOREN TOELLE:  Yes, sir.

15          THE COURT:  All right.  I'll recommend Dublin,

16  California as the place of confinement.

17          All right, did I forget -- Mr. Urbaniak, did I

18  overlook anything?

19          PROBATION OFFICER URBANIAK:  No, Your Honor.

20          THE COURT:  Ms. Parson?

21          THE CLERK:  No, Your Honor.

22          THE COURT:  All right.  Counsel, is there anything

23  else?

24          MS. WHELAN:  No, Your Honor.  Thank you.

25          MR. RYAN:  No, Your Honor.

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

1    THE COURT: All right. Ms. Toelle, I want to wish
2  you the best of luck. Your case is truly an enigma. A
3  puzzle to me for the same reasons that Ms. Whelan pointed
4  out. You are articulate. You seem very intelligent. You
5  could have done so many other things with your life, plus
6  you had every opportunity, not only a childhood which
7  provided you with your needs but, you know, marriage to
8  somebody who could provide you with virtually everything and
9  yet why you turned to this is just not something I can even
10 figure out.

11    But, nevertheless, I wish you the best of luck.
12 It's a long sentence, that I hope when you complete the
13 sentence you'll be able to go back to your family, go back to
14 your children and try to pick up where you left off and
15 hopefully contribute in some positive way to society. But I
16 do wish you the best of luck.

17    All right, we'll be in recess.
18    THE CLERK: All rise. Court is adjourned.
19        PROCEEDINGS CONCLUDED AT 3:54:18 P.M.
20                * * * * *
21
22
23
24
25

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

**CERTIFICATION**


I (WE) CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
ABOVE-ENTITLED MATTER.



**NW TRANSCRIPTS, LLC**
**IDAHO DIVISION**
**P.O. BOX 33**
**ISSAQUAH, WASHINGTON 98027-0002**
**(206) 953-7066**
**gayle@nwtranscripts.com**



/s/ Gayle Martin-Lutz
FEDERALLY CERTIFIED MANAGER/OWNER

/s/ Gayle Martin-Lutz                          07/17/17
TRANSCRIBER                                    DATE

2:16-CR-0019-BLW        U.S. v. Loren Toelle        05/02/17        Sentencing

NW TRANSCRIPTS, LLC. - Idaho Division
P.O. Box 33, Issaquah, Washington 98027-0002
206-953-7066 - gayle@nwtranscripts.com

33

# INDEX

## A

ability, 27, 30
able, 13, 20, 32
about, 6-8, 10-16, 19, 21, 23, 30
ABOVE, 33
Absolutely, 15
abundant, 8
abuse, 29
abused, 21
accept, 4, 20
acceptance, 20
access, 3
accomplish, 27
accordance, 29
accordingly, 27, 31
account, 23
achieve, 15, 25
Act, 26
activities, 24
activity, 24, 26
actual, 24
actually, 5, 10
addendum, 5, 15, 21
addicted, 23
addiction, 8, 22-23, 25-26
address, 6
adequate, 24-25
adequately, 4
adjourned, 32
adjudged, 26
admitted, 24
adopt, 5, 21
adopted, 7

adult, 24
advantage, 13
advise, 30
affect, 5, 11
After, 27
after, 11, 16, 26, 28, 30
again, 3, 22
age, 13
aged, 17
aggravating, 26
ago, 22
agreed, 31
agreement, 3-4, 7, 15, 30-31
ALENE, 3
Alene, 1-2, 10
All, 3-8, 27, 30-32
all, 7-16, 18-20, 23, 26, 28-31
allegations, 5, 31
allowance, 11
allowed, 13, 18
alluded, 25
almost, 21-22, 25, 27
along, 3
already, 7
ALSO, 2
Also, 13
also, 7, 20, 22, 29
always, 19
am, 19, 21, 23, 26
AMERICA, 1
America, 3, 18
ammunition, 29
amount, 8, 11, 14

An, 16
an, 3-4, 8-14, 18, 21-24, 30, 32
Another, 16, 26
another, 14, 21, 23
answer, 11
answering, 28
any, 4-7, 15, 20, 25, 28-30
anybody, 16
anything, 17, 31
anywhere, 13
apartments, 10
apologize, 3, 18-19
apparently, 25
appeal, 30
appearance, 3
APPEARANCES, 2
apply, 21, 30
approach, 17
appropriate, 6, 8-9, 12, 15
April, 15
are, 5-15, 17-18, 21-23, 26-28, 30, 32
areas, 22
argue, 30
arguments, 6
around, 18-20, 22
arrange, 30
articulate, 32
As, 12
as, 4-8, 10-12, 16-18, 20-23, 25-26, 29, 31
ask, 5, 7
asked, 10, 28
asking, 9

assessment, 7, 27, 29
Assistant, 2
assume, 20, 31
AT, 3, 32
At, 14
at, 3, 5-6, 8-10, 12-13, 20, 25-26
athletes, 23
attached, 15
attorney, 11
Attorneys, 2
available, 13
Ave, 2
avoid, 13
aware, 12, 16
away, 18

**B**

baby, 19
back, 14, 25, 30, 32
background, 22, 25
bad, 6-7
balance, 25
balancing, 25
bank, 12
Barrera, 16
based, 7, 21, 30
basis, 5
be, 3, 5-7, 9-14, 17, 19-20, 22-23, 25-32
bear, 4
became, 9, 12, 23
because, 6-9, 12-13, 16-26, 30
become, 23, 25
been, 3-4, 7, 10, 14, 20, 22, 27
beer, 9
Before, 20-21
before, 6, 13, 21-22, 30
BEGAN, 3

begin, 6
beginning, 3
behalf, 17, 31
behavior, 26
Being, 21
being, 6-8, 15, 21, 26
believe, 4, 6, 12, 16, 24, 28
best, 10, 14, 32
better, 8, 14, 20
big, 13
bit, 7-8, 10-12, 16, 22
BLW, 1-33
Bob, 16
Bobby, 16
BOISE, 1
bombs, 14
both, 12, 14, 30
bought, 14
BOX, 33
Box, 1-33
brief, 14
brings, 21
brother, 21
brought, 9, 14, 17-18, 30
Bureau, 26-28, 31
business, 7, 9, 12, 14, 22, 24
businesses, 18
busy, 10
But, 6-10, 13-15, 17-20, 32
but, 4-6, 8-14, 18-19, 21-27, 30, 32
by, 1, 4, 7, 9, 17-19, 21, 27, 29-30

**C**

calculated, 26
California, 31
call, 5

called, 24
calls, 11, 14
came, 6, 16, 18-19, 22
can, 3, 7-10, 12-15, 17-19, 23, 25, 32
cannot, 22, 25
care, 7-8, 13, 25
CASE, 1
case, 3, 6, 10, 20-21, 24-25, 27, 29-30, 32
cases, 1, 22, 26
cash, 7
catastrophic, 25
catching, 10
category, 21
caught, 18
Certain, 5
certain, 11, 24
certainly, 15, 24
CERTIFICATION, 33
CERTIFIED, 33
CERTIFY, 33
challenge, 30
change, 4-5
changes, 4
characteristics, 10, 24
charged, 26
CHIEF, 1
child, 18, 26
childhood, 32
childhoods, 21
children, 9, 12, 18-20, 24, 26, 32
choice, 6
choices, 6-7
Christian, 18
church, 19
circumstances, 8, 22-23
city, 18, 22
CJA, 2
claimant, 6
clear, 28

CLERK, 3, 31-32
Clerk, 30
client, 4-5, 15-17
close, 10
co, 12, 24
Coast, 31
cocaine, 22
Code, 21
COEUR, 3
Coeur, 1-2, 10
cold, 26
colleague, 23
collect, 12
collected, 12
collection, 29
College, 2
com, 1-33
comcastbiz, 2
Come, 19
come, 16-17, 20-22
comes, 8
comfortable, 17
Coming, 18
coming, 10, 17, 20
commission, 15
commit, 28
committed, 23, 26
community, 9-10, 22-23
complete, 24, 32
completed, 15, 24
completely, 26
comply, 29
conceal, 24
concerned, 23
concerns, 6
CONCLUDED, 32
conclusion, 26
concurrently, 26, 28
condition, 29
conditions, 28-30
conducted, 29
confidential, 5

confinement, 31
congressional, 15
consequence, 6-7, 23
consequences, 6, 23, 25
consider, 5, 21, 23-24
considerable, 8
consideration, 15
considered, 5
considering, 26-27
consistent, 4
consisting, 27
conspiracy, 24, 26
conspirator, 12
contacts, 11
contained, 3
content, 5, 15
continue, 29
contrary, 30
contribute, 32
controlled, 26
controversies, 16
conversations, 13
conviction, 25, 30
cooperate, 29
coordinated, 11
cops, 20
CORRECT, 33
correct, 7, 28
correctional, 13, 25
cost, 26, 30
costing, 15
could, 19, 32
Counsel, 2-3, 5, 31
counsel, 3, 6, 15
Count, 3-4, 27-28
count, 14, 26
country, 8
Counts, 3-4, 26
counts, 23
County, 16
couple, 21
course, 6

COURT, 1, 3-8, 15, 17,
   20, 28-32
Court, 1, 3, 5-7, 9-11,
   13-17, 20-22, 24-27,
   29-30, 32
court, 5
courthouse, 6
cover, 22
CR, 1-33
crack, 22
create, 24
credit, 31
crime, 4
criminal, 8, 19, 21, 24-26,
   29
criteria, 21, 23
current, 5
custody, 10, 12-13, 26-28,
   31

D
dad, 18-19
daddy, 18-19
Dakota, 10-12, 14-15, 24
dance, 13
dancing, 19
dangerous, 29
DATE, 33
dated, 15
daughter, 11
day, 14, 17, 20
days, 6, 10, 12-13, 30
DEA, 11, 19
deal, 13, 22
dealing, 12, 16
dealt, 18
deaths, 8
decades, 9
decide, 8
decision, 5, 25-26
deemed, 24, 31

DEFENDANT, 2, 4, 17, 30-31
Defendant, 1
defendant, 3-4, 10-11, 13-14, 24, 26, 30
defendants, 21-22, 24
deny, 11
deposits, 12
depth, 11
deserve, 17-18
destroying, 9
destruction, 14
destructive, 29
deter, 12
deterrence, 12-13, 25
deterrent, 25
devastating, 22-23
devices, 29
did, 4, 6, 16-19, 24-25, 28, 31
didn, 9, 12, 14, 16, 18, 20
died, 23
different, 9-10
difficult, 11, 22
diligent, 20
direct, 7
directed, 29
discretion, 13
discussed, 21, 31
discussing, 21
dismiss, 3-4
disparity, 13
dispute, 4-5
disputed, 5
disputes, 4-5
disputing, 4
distributing, 15, 24
DISTRICT, 1
District, 1, 3
district, 28
DIVISION, 33
Division, 1-33

divorced, 24
DNA, 29
Do, 17
do, 4-5, 7, 12-14, 18, 20-21, 27-28, 30, 32
document, 16
Does, 3, 15, 28
does, 6, 9, 11, 13
doesn, 6, 11, 21
doing, 14, 19, 21
don, 4-5, 7-8, 11, 16, 18-19, 31
done, 9, 11, 32
down, 8, 17-20
downs, 18
drink, 9
Drive, 2
drive, 19
drug, 9, 12, 14, 16-18, 22-26, 29
drugs, 9, 12, 14, 17-18, 20-24
Dublin, 31
due, 13-14, 27
Duncan, 10
During, 27
during, 6, 27

E

each, 26-27
earlier, 21, 25
earn, 9
easy, 21, 27
education, 25
educational, 13
effect, 25
effective, 13
Eight, 12
either, 5
ELECTRONIC, 33
electronic, 1

else, 8, 31
em, 20
emotional, 17
employed, 24
endeavor, 9
enforceable, 30
enhancements, 24
enhancing, 21
enigma, 32
enough, 9, 11, 22, 24
entered, 3, 7, 30
ENTITLED, 33
entitled, 16
entrepreneur, 18
environment, 22
epidemic, 18
equivalent, 23
especially, 6
essence, 4
essentially, 5, 30
even, 9, 19, 27, 32
event, 5
Eventually, 16
ever, 18
every, 17-18, 20, 23, 32
everybody, 20, 23
everyone, 23
everything, 8-9, 20, 32
exactly, 27
example, 11, 16
except, 30
exceptions, 30
excuse, 7, 18-19
exhibits, 16
Experience, 24
experience, 22-23
explain, 26
explanation, 17

# F

facility, 31
fact, 9, 12, 16, 25-26, 30
factor, 25-26
factors, 6, 15, 26-27
facts, 4, 11
factual, 4-5
family, 6, 10-11, 16-17, 19, 21-22, 26, 32
far, 12
father, 18-19
FBI, 11
features, 21
federal, 28, 31
FEDERALLY, 33
feel, 27
felony, 25
felt, 19
few, 25
figure, 32
figured, 11
file, 30
filed, 4, 14, 16, 29, 31
final, 7, 31
finally, 25-26
Financial, 27
financial, 27, 29
find, 4-7, 10, 16, 25, 29
findings, 5, 7, 21
finds, 27
fine, 27
firearms, 29
First, 17, 28
first, 5, 10, 22-23
Five, 13, 28
five, 10, 24
follow, 7
following, 8, 16, 26-29
follows, 26
FOR, 2
For, 12

for, 3, 6-14, 16-20, 23-27, 30-32
Force, 10
force, 11
FOREGOING, 33
forfeited, 31
forfeiture, 7-8, 31
forget, 5, 20, 31
forma, 30
formal, 16
forth, 9, 14, 21
Four, 9
four, 10, 24, 26
fracking, 10
Francisco, 31
frankly, 12
free, 30
Friday, 6
friends, 9-10
FROM, 33
from, 11, 13-14, 16, 19, 23-24, 27-28
front, 14
fronted, 14
full, 11, 27
further, 12, 27, 30
future, 29

# G

gave, 13, 18, 20
Gayle, 33
gayle, 1-33
GED, 10, 13, 24
general, 12, 21, 29
generally, 30
generated, 24
get, 10, 13, 17-18, 20, 22, 28
gets, 13
getting, 11, 20
girl, 19

give, 14, 17-20
given, 9, 16, 27
glad, 20
go, 6, 9-12, 14, 19-20, 32
goals, 15
God, 20
going, 5, 10-11, 13-14, 17-19, 21
gold, 8-9
gone, 4-5, 15-16
good, 9, 11, 19, 22, 26
got, 11-12, 18-19
gov, 2
government, 3-4, 6, 16, 30
graders, 6
Gram, 12
grams, 24
grand, 16
grandkids, 18-19
grant, 4, 20
great, 18, 22
greater, 8, 25, 27
greed, 11
grew, 20, 26
gross, 24, 27
group, 6
grow, 19
growing, 18
guess, 5
guideline, 4, 7-8, 13, 15, 21, 24, 27
guidelines, 5, 11
guilty, 3-4, 16, 26

# H

had, 4, 6-8, 13-14, 16, 18, 20, 22-23, 32
hair, 24
hand, 19
hanging, 12
happen, 10

harsh, 14
has, 3, 6-7, 9-13, 16, 21-25, 30-31
have, 4, 9-16, 18-23, 25, 27-28, 30, 32
haven, 11-12, 17
having, 12, 20, 26
he, 8-9, 19, 28
head, 8, 12, 22
health, 11, 29
hear, 3, 6
heard, 10, 12
hearing, 10
heart, 25
heaven, 19
helped, 12
helpful, 9
Her, 11, 13
her, 6, 9-14, 16-17, 19, 21, 23-26
here, 5-6, 9, 11, 15, 18-19, 24
hereby, 26
heroin, 15, 23-24
herself, 9
high, 23-24
higher, 27
Hill, 21
him, 16
his, 11, 19, 23
history, 8, 10, 21, 24
home, 18
Honor, 3-9, 12-15, 17, 19-20, 28, 31
HONORABLE, 1
Honorable, 3
hope, 32
hopeful, 22-23
hopefully, 10, 32
horrible, 20, 22, 26
horrific, 23
hours, 28

house, 12, 29
how, 5, 12, 17, 19, 23
However, 24, 30
however, 17, 30
human, 21
hurt, 19-20
hurting, 19
HURWIT, 2
Hurwit, 3, 28
hurwit, 2
husband, 9

**I**

ID, 2
IDAHO, 1, 3, 33
Idaho, 1-33
identified, 23, 27, 31
If, 20, 30
if, 8-9, 13, 19, 22, 26-27, 30
ignored, 23
III, 21
illegal, 9
immediate, 29
immediately, 27
impact, 22-23, 25
impacts, 23
important, 6, 13, 26
impose, 21, 25-26
imposed, 10, 12, 28-30
imposes, 13
imposing, 5, 21
imprisonment, 27
IN, 33
In, 8, 12, 14-15, 25, 30
in, 3-8, 10-32
incarceration, 30
including, 21, 24, 26
income, 27
incomprehensible, 21-22
increase, 24

incredibly, 11
indeed, 26
indicated, 4
indications, 26
indictment, 3, 15, 26, 31
individual, 8, 14
individuals, 5, 9, 12, 14, 21
industry, 11, 18-19
informants, 5
information, 17
initial, 16
injuries, 23
Inmate, 27
inmate, 13
inner, 22
instance, 4, 12
instances, 4
instead, 12
intelligent, 10, 32
intend, 3, 5, 8
intent, 15
into, 9, 15, 18, 23
introduced, 21
investigation, 3, 11-12, 15-16
investigative, 4
involved, 9, 12, 14, 24-26
involves, 11
IRS, 11
IS, 33
is, 3, 5-32
isn, 22
ISSAQUAH, 33
Issaquah, 1-33
issue, 7, 22, 30-31
issues, 4-5, 15
It, 11-12, 14-15, 22, 27, 32
it, 4-16, 18, 20-28, 30

# J

Jail, 16
jail, 12, 19-20
JO, 2
job, 19
Jonathan, 16
JOSHUA, 2
Joshua, 3
joshua, 2
JUDGE, 1
Judge, 10-11, 22
judge, 23
judgment, 21, 26, 29-30
jury, 16
Just, 28
just, 4-5, 7-8, 10-12, 14,
    19, 22-23, 25-28, 31-32
justify, 27

# K

Kari, 14
keeping, 22-23
kids, 20
kill, 20
kind, 16, 18, 25
kinda, 19
kinds, 13
King, 8-9
kingpin, 26
knew, 13, 16, 18
know, 6, 16-20, 23, 32
knowing, 9
known, 12
knows, 8, 10-11

# L

LA, 20
ladies, 17
laid, 8
language, 14
larger, 25

Las, 11
last, 6
later, 10
launder, 24
law, 25
leader, 13, 23-24
learned, 9
leave, 5, 30
leaving, 4
lecture, 19
ledger, 25
left, 26, 32
legal, 30
length, 17, 28
Lera, 16
less, 21, 27
Let, 5, 29
let, 7, 14, 23
letter, 16
level, 9, 20-21, 24
life, 12, 20, 23, 32
like, 6, 8-9, 11, 18-19, 26
limited, 25, 30
listened, 14
literally, 25
little, 7-8, 11-12, 16, 19,
    22
lived, 12
lives, 9, 15
ll, 5-6, 12, 17, 20, 26-27,
    31-32
LLC, 1-33
loan, 9
local, 11-12
login, 3
long, 22, 32
longer, 9
look, 8-10, 12, 20, 25
looked, 8
looking, 13
looks, 19
LOREN, 1, 4, 17, 30-31

Loren, 1-33
lose, 8, 19
loss, 12
lot, 17, 22
love, 19
loving, 11
low, 25, 29
luck, 32
Lutz, 33
LYNETTE, 1
LYNN, 1
Lynn, 3

# M

made, 5, 14
mailed, 12
maintain, 5
make, 3-4, 6-7, 10, 12,
    14, 21-22, 26
makes, 22
making, 4-5, 13
Mama, 13, 19
mama, 20
MANAGER, 33
many, 21-22, 32
marked, 7
marriage, 32
marriages, 10
married, 11
marrying, 18
Marshals, 11
Martin, 33
material, 5
materials, 4
MATTER, 33
matter, 5, 13, 21, 27, 31
matters, 4-5
MAY, 3
May, 1, 15, 20
may, 13-14, 29-30
maybe, 12-13, 22

me, 6-7, 10, 12, 14, 16, 18-20, 22-24, 28-29, 32
mean, 6, 9-10, 17, 19
means, 18
medical, 13, 15, 25
member, 13, 21
members, 11, 26
memorandum, 8, 14
mental, 29
mess, 13, 20
message, 23
met, 9
meth, 22
methamphetamine, 24-25
Mexican, 16
MICHELLE, 1
Michelle, 3, 26
Midas, 8-9
middle, 13, 27
milligram, 14, 24
milligrams, 24
million, 7
mine, 20, 23
Mineral, 2
miners, 10
minister, 18
minute, 3
mitigating, 25-26
mock, 6
modified, 27
mom, 18, 20
moment, 18
monetary, 27
Money, 12
money, 8-14
monies, 24
Montana, 14, 24
month, 12, 27
monthly, 27
months, 7, 17, 21, 23, 25-26
more, 6, 10, 13, 18, 22, 24

morning, 8
most, 10, 13, 17
mother, 6, 10, 16, 19, 24
motion, 3-4, 20
move, 10, 20
moved, 18, 23
MR, 3-6, 15, 17, 31
Mr, 4, 15-16, 21, 28, 31
MS, 3-8, 15, 20, 28, 31
Ms, 3-6, 9-10, 12-15, 17-18, 20-28, 30-32
much, 9-10, 13, 22, 25
must, 30
My, 18
my, 3, 5, 7, 10, 15-21, 23
myself, 8-9, 18

**N**

name, 10, 13, 16-17
named, 16
names, 10, 16
nature, 8-9, 23
necessary, 8, 15, 25-27
need, 3, 5, 7, 12, 23
needed, 9, 13-14, 25
needs, 7, 13, 32
negotiations, 24
neighborhoods, 20
nephews, 18
net, 2
Nevada, 24
Never, 18
never, 18-21
nevertheless, 17, 32
next, 24
nieces, 18
NO, 1
No, 5-6, 15, 17, 26, 28, 30-31
no, 9, 18-19, 25-26
Nobody, 17

nobody, 18
nominal, 27
None, 20
normally, 26
North, 10-12, 14-15, 24
Not, 5
not, 4-6, 8-9, 11-13, 15, 17-20, 22, 24-25, 27-30, 32
note, 21, 25
noted, 21
notes, 3
notice, 30
Now, 15, 23, 27
now, 3, 9, 17, 19, 22, 31
number, 3, 11-12
NW, 1-33
nwtranscripts, 1-33

**O**

Objection, 16
objection, 17
objections, 4
objectives, 25, 27
obligations, 29
obscene, 14
observation, 22
observations, 21
occupants, 29
occurred, 14
OF, 1, 33
of, 3-32
off, 17, 19-20, 32
offense, 8-9, 14, 21, 23-25
office, 4, 28-29
OFFICER, 31
Officer, 2
officer, 29
often, 19, 22
oil, 10
Okay, 6-7, 29

okay, 19-20
old, 24
older, 13
On, 25
on, 5, 8-10, 12-14, 17, 19-20, 23, 25-29, 31
One, 3-4, 16, 21, 27-28
one, 3-4, 9, 11-16, 22, 25
Only, 25
only, 10, 13, 25, 31-32
operated, 23
opioid, 8, 22-23, 25
opioids, 22
opportunity, 4, 9, 17, 19-20, 32
opted, 4
or, 7, 9-11, 13, 15-18, 20, 24-25, 27, 29-30
order, 7, 26-27, 31
ordered, 3, 27, 29
organization, 10, 12, 14-17, 23-24
organizations, 17
organized, 26
organizer, 13, 24
other, 4-5, 13, 23, 25-26, 29, 32
others, 12-13, 17
ought, 20
our, 6, 8, 16-18, 22-24
ourselves, 6
out, 8-14, 17-19, 22, 32
outlined, 7, 29
outside, 17, 31
over, 4-5, 7-8, 10-12, 14
overdoses, 15
overlook, 31
overstated, 25
own, 5, 17, 21, 23, 26
OWNER, 33
owner, 24
oxycodone, 14, 24

OxyContin, 23

## P

package, 12
paid, 27, 30
papers, 29
parent, 11, 22
PARSON, 1
Parson, 31
Part, 16
part, 12
participate, 29
particular, 23
parties, 1
pattern, 10
pauperis, 30
pay, 9, 27, 29-30
payable, 27
payments, 27, 29
peddled, 15
penalties, 27
people, 6, 10-11, 13-20
per, 27
percent, 27
perhaps, 9
person, 6, 8, 14, 16, 18-19, 26, 28-29
pervasive, 10
phone, 11, 14, 19
phonetic, 11, 14, 16
pick, 32
pills, 9, 14, 24
place, 19, 31
placed, 27
PLAINTIFF, 2
Plaintiff, 1
plea, 3-4, 7, 15, 24, 30-31
Please, 3
please, 3, 15
pled, 16, 26
plenty, 18

plethora, 14
plus, 32
pod, 17
pods, 17
pointed, 22-23, 32
poison, 10, 15, 18
poisons, 9
police, 10-11
pose, 29
positive, 32
possess, 29
possible, 12
powder, 22
power, 13
pray, 20
prefer, 5
preliminary, 7, 31
premises, 29
prepare, 30
prepared, 19
PRESENT, 2
present, 14
presentence, 3-5, 7, 15-16, 21
PRESIDING, 1
presiding, 3
Presumably, 13
presumed, 7
preteen, 21
prevalent, 22
previously, 21, 31
prh, 2
primarily, 10
prison, 17, 23, 26
Prisons, 26-28, 31
probably, 24
PROBATION, 31
Probation, 2, 29
probation, 4, 28-29
problem, 22
problems, 22, 26
proceeding, 29

PROCEEDINGS, 3, 32-33
Proceedings, 1
produced, 1
productive, 13
profit, 9-10, 16, 18, 26
Program, 27
program, 29
programs, 13
promote, 25
properties, 7
property, 29, 31
protection, 25
provide, 13, 25, 32
provided, 3-4, 7, 11, 16, 32
provision, 30
PSR, 11
public, 25
punished, 17
punishment, 25
purposes, 24
Pursuant, 24, 26
pursuant, 3, 27, 29
pursue, 30
pursuit, 9, 11
put, 8-9, 18-20
puzzle, 32

**Q**

qualify, 30
quantities, 25
quarter, 27
question, 28
questions, 15, 30
quickly, 25
quite, 12
quote, 14

**R**

raise, 20
raised, 19, 22

range, 7-8, 11, 15, 21, 24, 27
Rayfelt, 11, 16
re, 5, 10, 12, 17, 19, 30
reality, 8
really, 5, 9, 21
reason, 12, 16, 26
reasonable, 7
reasons, 8, 32
recall, 14
recalls, 9
receive, 31
received, 12, 14
recently, 15, 22
recess, 32
recognize, 6, 11
recommend, 31
recommendation, 6-7, 15-17
recommendations, 6, 31
recommending, 7
record, 3, 5, 21
recorded, 1, 11, 14
RECORDER, 1
RECORDING, 33
recording, 1
records, 19
referred, 22
referring, 4
reflect, 25
reflected, 11
reflects, 4, 11
Reform, 26
refuse, 10
related, 1
Relatively, 11
release, 7, 27-30
released, 28, 30
remain, 17
remember, 10
rent, 9-10
repeat, 8

repetitive, 7
report, 3-5, 7, 15-16, 21, 28
representation, 30
request, 15, 30-31
requested, 4-5
required, 14, 21
requirement, 25
residence, 29
resolved, 5
resources, 27
respect, 13-14, 25
respectfully, 9, 15
respectively, 12
responded, 4
response, 4
Responsibility, 27
responsibility, 20
responsible, 8
result, 18, 26
resulted, 24
retrospective, 10
revamped, 12
review, 4
reviewing, 16
Right, 13
right, 4-8, 13-14, 18-19, 28, 30-32
rights, 30
rise, 3, 32
risk, 29
rob, 20
ROBERT, 2
Robert, 11, 16
role, 21
Room, 10
ruining, 9
Rule, 3
run, 28
running, 16
rural, 22
RYAN, 2-6, 15, 17, 31

Ryan, 3-4, 15

# S

sad, 8
said, 5, 7, 11-12, 16, 19, 21, 28
salon, 24
same, 13-14, 17-18, 21-22, 32
sample, 29
San, 31
SARs, 12
sat, 17
satisfied, 26
saw, 10, 22
say, 7, 12, 17-20, 22
says, 14
schedule, 27, 29
school, 23-24
Scotty, 16
search, 29
searches, 29
seated, 3, 17
second, 5, 22, 25
Section, 21
see, 9, 11, 13, 17-20, 25-26
seeing, 17, 19
seeking, 10
seem, 22, 32
seemed, 22, 25
seems, 22
seen, 9, 17, 19-20, 22
self, 24
sell, 10
selling, 9, 12, 14
sent, 14, 23
sentence, 5, 7-8, 10, 12-13, 17, 21, 25-27, 30, 32
sentenced, 9-10, 21

sentences, 13
SENTENCING, 1
Sentencing, 1-33
sentencing, 3, 5, 8, 14-16, 21, 23, 25
sentencings, 9
serious, 9, 15
seriousness, 4, 25
serve, 24
served, 10, 26
service, 1, 11
session, 3
set, 9, 21
seven, 14
severe, 6, 8
shaking, 8
She, 10-11, 13-14, 16, 24
she, 9, 11-14, 16-17, 19, 22, 24-26
sheet, 25
Shelle, 19
shirts, 12
shoes, 22
shoot, 20
Shoshone, 16
shot, 20
should, 21
shouldn, 6
sic, 18
side, 14, 25
signed, 30
simply, 4, 6, 26
since, 25
single, 24
sir, 4, 30-31
sit, 21
snapshot, 14
snitch, 20
snitches, 19
So, 5, 7-8, 10-11, 16-17, 20, 23, 26
so, 3-4, 7-10, 12-13, 16,

20, 28, 30-32
society, 8-9, 23, 26, 32
solid, 22
some, 8, 19-21, 30, 32
somebody, 11, 20, 32
something, 20, 23, 28, 32
sometimes, 22
sorry, 8, 14, 19
SOUND, 33
sound, 1
Southeastern, 23
span, 23
spanned, 14
spare, 20
special, 6-7, 27, 29
specific, 7, 12, 21
specifically, 10
spend, 18, 21
Spokane, 2
sports, 23
spreading, 10
st, 15
Stan, 18
stand, 15, 17, 26
standard, 29
Stanley, 11
start, 6
started, 6-7, 19, 22
starting, 6
State, 22
state, 3, 5, 10, 13, 25, 28
statements, 4-5, 16
STATES, 1
States, 3, 6-7, 18, 27
statistic, 8
statistics, 23
stay, 15
Steven, 14
still, 11, 25
stood, 6
street, 20
streets, 13

structured, 26
Styles, 24
subject, 29
submit, 27, 29
substance, 29
substances, 11
substantial, 24, 26
substitute, 23
suburban, 22
such, 4, 23, 28
suffice, 7
sufficient, 8, 15, 25, 27
suicide, 23
Suite, 2
sum, 27
superseding, 3, 15, 26
Supervised, 28
supervised, 7, 27-30
supervision, 29
supplier, 14
supported, 4
supports, 11
sure, 12, 14
surgery, 9
suspend, 29

**T**

take, 7, 10-13, 19, 23
taken, 6
takes, 15
taking, 8, 13
talk, 7-8, 10-11, 13, 16, 19
talked, 14, 16
talking, 6-7, 11, 15-16, 21
Task, 10
telephone, 14
tell, 9, 14-15
telling, 14
tells, 24
TERENCE, 2
term, 11, 26-27

terms, 28-30
Terry, 3, 19
testimony, 16
testing, 29
th, 15
than, 8, 20, 24-25, 27
Thank, 3-4, 6, 8, 15, 17,
    20, 28, 31
thank, 17, 19-20
THAT, 33
That, 6-7, 12-14, 16,
    22-23
that, 3-32
THE, 1-8, 15, 17, 20,
    28-33
The, 3-4, 12-14, 16,
    21-27, 29
the, 3-32
their, 8-9, 15, 17, 19-20,
    22, 30
them, 5-6, 11-15, 19-20,
    23
Then, 22
then, 5, 7, 10, 14, 17,
    20-21, 23, 25, 29
There, 4, 10
there, 4-6, 10, 12-15,
    17-18, 21-22, 26, 28,
    30-31
Therefore, 28
therefore, 4-5, 24, 29
These, 21
these, 6, 10, 18-19
They, 5, 14, 17-20
they, 4-6, 9, 14, 17, 19-21
thing, 20-21
things, 9, 13, 21, 32
think, 4-10, 21-25, 27, 31
third, 6, 20, 25
Thirteen, 3-4, 26-28
This, 11, 22, 24
this, 3, 5, 8-14, 16-27, 29,

31-32
Those, 25, 30
those, 4-5, 12-14, 20, 22,
    24-26, 30
though, 22
three, 23, 28
through, 6, 9, 14-16,
    19-20, 22
throughout, 9
tighter, 12
time, 3, 7-8, 10, 14, 17,
    21, 31
To, 13
to, 3-32
today, 21
TOELLE, 1, 4, 17, 30-31
Toelle, 1-33
told, 6
tolls, 11
too, 10, 13
top, 27
touched, 9
TRACI, 2
Traci, 2, 18-19
Tracing, 11
Tracy, 3
trafficked, 24
trafficking, 14, 22-25
tragic, 23, 25
training, 13, 25
TRANSCRIBER, 33
TRANSCRIPT, 33
transcript, 1
transcription, 1
TRANSCRIPTS, 1-33
transcripts, 16
treatment, 13, 25, 29
tremendous, 13
trial, 6
Tried, 12
troubling, 11
truly, 32

trust, 4
try, 25, 32
tryan, 2
trying, 12, 18
TUESDAY, 3
turn, 23
turned, 8-9, 22, 32
turns, 11
TV, 20
Two, 3-4, 26
two, 13, 21, 23
type, 15
Typically, 30

## U

ultimately, 23
unable, 30
under, 27
underlying, 4
underneath, 13
understanding, 7
understatement, 24
undoubtably, 11
unfortunately, 23
unindicted, 12
UNITED, 1
United, 3, 6-7, 18, 27
unless, 27
unresolved, 5
Until, 19
until, 9, 19
up, 6, 10, 16-20, 26, 32
Upon, 27
upon, 4, 7, 21-23, 25, 28, 30
ups, 18
URBANIAK, 2, 31
Urbaniak, 31
us, 8, 16, 19, 21
usable, 9
usdoj, 2

Used, 12
used, 11, 24
user, 9

## V

value, 8
Valued, 8
valued, 8
ve, 4-5, 20, 22, 28, 30
Vegas, 11, 24
vehicle, 29
versus, 3
very, 8-11, 19, 22, 24-27, 30, 32
violate, 30
virtually, 32
vocational, 13, 25
vs, 1

## W

WA, 2
waived, 27, 30
waiver, 30
waivers, 30
waives, 30
walk, 23
want, 16-19, 21, 32
wanted, 9, 14, 19, 22
wants, 11, 17
wares, 10
warn, 29
was, 4, 9-19, 22-26, 28
WASHINGTON, 33
Washington, 1-33
wasn, 11, 18
wave, 22
waves, 22
way, 8-9, 13, 17-19, 32
WE, 33
We, 4-5, 7-8, 11, 16, 18, 22-23

we, 5-22, 31-32
weapons, 29
web, 18
weekend, 15
weighing, 10
Well, 5, 7
well, 20
went, 12, 14, 16
were, 4-5, 9-11, 14, 16, 18, 24
weren, 12
West, 31
What, 17, 23
what, 6, 8-11, 13-14, 17-18, 21-23
whatever, 13, 17-19
whatsoever, 25
WHELAN, 2-8, 15, 20, 28, 31
Whelan, 2-3, 20, 22-23, 28, 32
When, 9-10, 12-13
when, 6, 8-13, 18, 21-22, 32
where, 9-11, 14, 19-20, 22, 32
which, 3, 5, 7, 21, 23-25, 27-28, 30-32
While, 27
while, 9-11
who, 6, 8-12, 14, 17, 21, 23, 26, 32
whom, 24
whose, 8
why, 8, 16, 22, 32
wife, 23
will, 3-4, 9, 14, 20, 26-31
Williston, 15
WINMILL, 1
Winmill, 3
wish, 30, 32
with, 3-7, 9, 11-23, 26,

28-29, 32
withdraw, 5
within, 7, 15, 23, 25, 28, 30
witnesses, 5
woman, 24
women, 31
won, 5, 10, 13
wonder, 11
work, 18
worked, 10, 12
world, 22
Would, 18
would, 5, 9, 19-20, 26-27, 30-31
wouldn, 12, 22
wrong, 11, 19

## Y

year, 10, 12
years, 7, 10, 12-14, 17, 22, 24-25, 27-28
Yep, 28
Yes, 4-5, 7-8, 17, 20, 28, 31
yes, 8, 15
yet, 11, 32
You, 18, 20, 28-29, 32
you, 3-6, 8-9, 11-12, 15, 17-20, 22-23, 26-32
younger, 13, 17
Your, 3-9, 12-15, 17, 19-20, 28, 31-32
your, 3-4, 17, 22, 27-32
yourself, 30