UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>LOREN MICHELLE TOELLE,<br><br>                Defendant. | Case No. 2:16-cr-00019-AKB-1<br><br>**ORDER GRANTING MOTION TO STAY PROCEEDINGS, ALLOWING SUBSTITUTION OF PRO SE COMPASSIONATE RELEASE MOTION, AND SETTING BRIEFING SCHEDULE** |

For the reasons set forth in Defendant Loren Michelle Toelle's motion for compassionate release (Dkt. 588), the Court hereby **GRANTS** Defendant's motion to stay proceedings (Dkt. 599), allowing Defendant's counsel to file a substituted motion for a reduced sentence and set a briefing schedule.

Defendant's counsel shall file a substituted motion seeking a reduced sentence on or before **November 1, 2023**. Pending the filing of that motion, these proceedings shall be STAYED. The Government shall file a response brief, if any, within thirty (30) days of the filing of the substituted motion. Defendant shall file a reply brief, if any, within fourteen (14) days of the Government's response.

IT IS SO ORDERED.

DATED: August 18, 2023

*Amanda K. Brailsford*
**Amanda K. Brailsford**
U.S. District Court Judge

1